**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700

*Attorneys for Plaintiff*,
Sierra I. Estes

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA I. ESTES,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC AND DOES 1-10, INCLUSIVE,**<br><br>Defendant. | **Case No.:** 5:24-cv-02657-JGB-DTB<br><br>*Hon. JESUS G. BERNAL*<br>*Hon. Mag.  DAVID T. BRISTOW*<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

Plaintiff **SIERRA I. ESTES,** and Defendant **EQUIFAX INFORMATION SERVICES, LLC,** hereby stipulate under FRCP 41(a)(1)(A)(ii) that all claims and causes of action be dismissed with prejudice as to all parties named herein, with each party bearing that party's own attorneys' fees and costs.

**THE CARDOZA LAW CORPORATION**

DATED: April 30, 2025   BY: /s/ Lauren B. Veggian
Lauren B. Veggian, Esq.
Michael F. Cardoza, Esq.
Attorneys for Plaintiff,
Sierra I. Estes

**NOKES & QUINN, LLP**

DATED: April 30, 2025   BY: /s/ Jennifer R. Brooks
Jennifer R. Brooks, Esq.
Attorney for Defendant,
Equifax Information Services, LLC

**ATTESTATION AND CERTIFICATE OF SERVICE**

I, Michael F. Cardoza, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on April 30, 2025, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) and [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II) with the Clerk of the Court for the United States District Court of California for the Central District of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED:  April 30, 2025

BY: /s/ Michael F. Cardoza
Michael F. Cardoza, Esq.
Attorneys for Plaintiff,
Sierra I. Estes