# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA I. ESTES,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC AND DOES 1-10, INCLUSIVE,**<br><br>Defendant. | **Case No.:** 5:24-cv-02657-JGB-DTB<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs.

Dated: May 20, 2025

_____
HON. JESUS G. BERNAL
United States District Judge